IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| JOHN D. BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:05-cv-275 JPG |
| STEVE McKILLUP, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE AND ORDER

Plaintiff John D. Brown is hereby given explicit warning that failure to adequately respond to Defendants' Motion to Dismiss for Lack of Prosecution (Doc. 16) in a timely manner will result in dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). See Ball v. City of Chicago, 2 F.3d 752 (7th Cir. 1993). Plaintiff's response is due July 22, 2008.

**IT IS SO ORDERED.**
**DATED: July 16, 2008**

> s/ *Donald G. Wilkerson*
> **DONALD G. WILKERSON**
> **United States Magistrate Judge**