UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN D. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE McKILLUP, in his individual capacity, JOHN HAMMOND, in his individual capacity, JERRY PARSLEY, Sheriff, Clark County Jail, and Unknown Parties,<br><br>    Defendants. | Case No. 05-cv-275-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: September 15, 2008**                      **NORBERT JAWORSKI**

                                                                                            **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**